IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. CR 08-00716 SI |
| Plaintiff, | **ORDER RE: DEFENDANT'S APPLICATIONS FOR SUBPOENAS** |
| v. | |
| RUFUS RODGERS, JR. a/k/a/ RUFUS ROGERS, JR. | |
| Defendant. / | |

On March 23, 2009, defendant filed applications for three subpoenas pursuant to Federal Rules of Criminal Procedure 17(b) and (c). Defendant also submitted *ex parte* declarations in support of the applications. The Court is inclined to grant the two applications that seek records, but is not inclined to allow defendant to file these applications under seal or *ex parte*. The Court recognizes that criminal defendants may file 17(c) applications under seal in order to avoid revealing the theory of their defense, but it appears to the Court that no theory would be revealed if the government were to read defendant's applications. Nonetheless, the Court will grant defendant an opportunity to explain his need for filing the applications *ex parte*. Defendant shall file an *ex parte* letter brief by March 27, 2009. In the alternative, defendant may simply file his applications and accompanying declarations on the public docket.

The third application refers to a different type of information. The Court is more inclined to allow defendant to file this application under seal and *ex parte*, but defendant has given the Court no information about the individual to whom the subpoena applies and why the information requested fulfills the requirements of Rule 17(c). Defendant shall file an *ex parte* letter brief by March 27, 2009

and shall provide the Court with enough information to determine whether the subpoena is warranted and whether the application may be filed under seal and *ex parte*. In the alternative, defendant may file this letter brief on the public docket.

**IT IS SO ORDERED.**

Dated: March 24, 2009

SUSAN ILLSTON
United States District Judge