RONNIE M. WAGNER State Bar #221461
SFPD Legal Division Attorney
San Francisco Police Department
850 Bryant Street, Room 575
San Francisco, California 94103
Telephone: (415) 553-1147
Facsimile: (415) 553-1999
E-Mail: Ronnie.wagner@sfgov.org

Attorney for
SAN FRANCISCO POLICE DEPARTMENT



RECEIVED
APR 7 2009
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>RUFUS RODGERS<br><br>Defendant. | Case No. CR08-0716 SI<br><br>**STIPULATED PROTECTIVE ORDER** |

Disclosure and discovery activity in this action are likely to involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than defending this litigation would be warranted. Accordingly, the parties hereby stipulate to and petition the court to enter the following Stipulated Protective Order.

IT IS HEREBY ORDERED that all information furnished to the Officer of the San Francisco District Attorney, and to ~~Jonah Chew~~, Attorney for defendant, Rufus Rodgers, pursuant to Court order shall be kept confidential and used solely in connection with the preparation and trial of this criminal adjudication,

FURTHER:

1) Use of the information produced is limited to you and your agents in this case, and to any experts or investigators employed you, and you shall not indulge it, either in writing or orally, to persons not having a need to, or access to (including the media), the disclosed

1

material for any purpose whatsoever, including for the purposes of preparing this matter for trial.

2) On final disposition of this case, counsel shall promptly, without request or further court order, return all released materials to the San Francisco Police Department Custodian of Records, the Legal Division.

IT IS SO STIPULATED, BY COUNSEL OF RECORD.

DATED: 4/24/09

MATTHEW MCCARTHY
Assistant United States Attorney

DATED: 4/24/09

GEOFFREY HANSEN, Chief AFPD
Attorney for Defendant,
ARLO HEMPHILL

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:_____

HONORABLE SUSAN ILSTON,
UNITED STATES DISTRICT JUDGE

2