IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 08-00716 SI |
| Plaintiff, | **ORDER** |
| v. | |
| RUFUS RODGERS, | |
| Defendant. | |

Defendant Rufus Rodgers has moved to continue his sentencing hearing, currently set for September 18, 2009, in view of pending legislation aimed at addressing sentencing disparities for violations involving powder and crack cocaine. The Court finds that continuing the sentencing for this reason is inappropriate and premature.

Defendant's alternative request to continue his sentencing for two weeks to permit him to prepare a sentencing memorandum is GRANTED, and the parties are ordered to appear at 11:00 a.m. on October 2, 2009. [Docket No. 112].

**IT IS SO ORDERED.**

Dated: September 17, 2009

SUSAN ILLSTON
United States District Judge