UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>   v.<br><br>RODGERS,<br><br>        Defendant. | Case No. 08-cr-00716-SI-1<br><br>**ORDER RE CHARGES IN 7/31/19 FORM 12**<br><br>Re: Dkt. No. 164 |

On July 31, 2019, the California Northern Probation office filed a Form 12 regarding three supervised release violations allegedly committed by defendant Rufus Rodgers. Dkt. No. 164. Mr. Rodgers admitted to Count 2 of the Form 12. Dkt. No. 169. On August 28, 2019, the Court held an evidentiary hearing on Counts 1 and 3. Dkt. No. 170.

Based on the parties' arguments, evidence provided, and testimony heard, the Court finds the government has not established the violations detailed in Count 1 or 3 by a preponderance of the evidence. Counts 1 and 3 are therefore dismissed.

The parties shall reconvene on Friday September 6, 2019 to sentence Mr. Rodgers with respect to Count 2 of the Form 12 to which he admitted.

**IT IS SO ORDERED**.

Dated: August 30, 2019

_____
SUSAN ILLSTON
United States District Judge